William A. Kershaw (SBN 057486)
Lyle W. Cook (SBN 148914)
Stuart C. Talley (SBN 180374)
**KERSHAW, CUTTER & RATINOFF LLP**
401 Watt Avenue
Sacramento, California 95864
Telephone: 916.448-9800
Facsimile: 916.669.4499

JS-6

Attorneys for Plaintiff
Russell Wirth

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL WIRTH, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GRANT THORNTON LLP, an Illinois limited liability company; and DOES 1-10, inclusive,<br><br>    Defendant. | Case No. CV09-0832 RGK SSx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. R. Gary Klausner, United States District Judge |

In accordance with the parties' joint stipulation filed herewith, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

This action, including any and all claims asserted and/or assertable by Plaintiff Russell Wirth in the above-captioned lawsuit, shall be DISMISSED WITH PREJUDCE.

IT IS SO ORDERED.

DATED: February 26, 2010     _____
                                              THE HONORABLE R. GARY KLAUSNER
                                              UNITED STATES DISTRICT COURT JUDGE

A/73306394.1/3303266-0000338570